# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-5943

**Case Name** Hoffman v. Bonta

**Counsel submitting this form** Will Setrakian

**Represented party/parties** Attorney General Rob Bonta

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs, three individuals and a national firearms organization, challenge California's in-state residency requirement for securing a concealed carry firearm permit. They allege that the requirement violates the Second Amendment, and the Privileges-and-Immunities Clause of the Fourteenth Amendment. They seek injunctive relief.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

The District Court granted in part Plaintiffs' Motion for Summary Judgment. The District Court held that the in-state residency requirement violates the Second Amendment. The District Court declined to reach the merits of the Privileges-and-Immunities challenge. The parties then offered two competing injunctions for the District Court's review. Plaintiffs' enjoined only the in-state residency requirement; Attorney General Bonta's also modified several other provisions of California firearms law to account for non-resident applicants. The District Court adopted Plaintiffs' proposed injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no currently pending proceedings challenging the in-state residency requirement. In the U.S. District Court for the Central District of California, four firearms groups (not including the institutional plaintiff here) challenged the law, and the Court granted those plaintiffs a preliminary injunction. That case has since settled as concerns those claims.

**Signature** s/ Will Setrakian  **Date** 9/25/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2